GAM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

v.     :     CRIMINAL NO. 17-144

DERRICK HEPPARD
  a/k/a "Peasy"
  a/k/a "50"

FILED
SEP 25 2019

## JUDGMENT AND FINAL ORDER OF FORFEITURE

WHEREAS, on July 11, 2019, this Court entered a Judgment and Preliminary Order of Forfeiture, as amended on July 19, 2019, for the property described below.

AND WHEREAS, pursuant to 21 U.S.C. § 853(n), notice of the Judgment and Preliminary Order of Forfeiture was published on an official government internet site for at least 30 consecutive days.

AND WHEREAS, the government determined that there were no individuals who had alleged an interest in the property subject to forfeiture and who would therefore require direct written notice of the Judgment and Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in any of the property named in the Judgment and Preliminary Order of Forfeiture.

AND WHEREAS, the Court finds based on the facts set at Derrick Heppard's change of plea hearing, as well as those set forth in the government's Motion for Preliminary Order of Forfeiture, that the defendant had an interest in the property named in the Judgment and

Preliminary Order of Forfeiture, as amended on July 19, 2019, that is subject to forfeiture pursuant to 18 U.S.C. § 1594(d) and (e).

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title and interest of all persons, their heirs and assigns, in the property listed in the Judgment and Preliminary Order of Forfeiture dated July 11, 2019, as amended on July 19, 2019, and set forth below, is hereby fully and finally forfeited to the United States of America pursuant to 21 U.S.C. § 853(n)(7):

    a) one (1) ZTE cell phone Model Z820, bearing serial number 32BC6444D986;

    b) one (1) flip cell phone, Corna PCS, bearing serial number 1410929351;

    c) one (1) flip cell phone, Nokia, bearing serial number 352920021836914;

    d) one (1) cell phone, ZTE, bearing serial number 322753353057;

    e) one (1) cell phone, iPhone, bearing serial number 359303060751042;

    f) one (1) cell phone, LG, bearing serial number 014210004588280;

    g) one (1) cell phone, iPhone, bearing serial number IG00197;

    h) one (1) cell phone, LG, bearing serial number 354417077006508;

    i) one (1) cell phone, LG, bearing serial number 506CYFT292875;

    j) one (1) cell phone, Koycera 51360, bearing serial number 268435462504879463;

    k) one (1) cell phone, Alcatel Onetough, bearing serial number 014068004595246; and

    l) one (1) Pavilion laptop Computer, bearing serial number 5CD3172WH7.

2. All right, title and interest of all persons, their heirs and assigns in the property listed in the Judgment and Preliminary Order of Forfeiture dated July 11, 2019, as amended on

July 19, 2019, is hereby vested in the United States of America, including any liens.

3. The United States Marshals Service, and/or its designee, shall dispose of the forfeited property in accordance with the law and the rules of this Court.

ORDERED this          day of          , 2019.

                                                   **HON. GERALD A. MCHUGH**
                                                   *Judge, United States District Court*

c.c. U.S. Marshal (2)